UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN HARVEY, | : | Civil No. 3:17-cv-0549 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JEFFREY HASTE, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 16th day of April, 2020, upon consideration of Defendants' motion to dismiss (Doc. 18), converted to a motion for summary judgment (Doc. 28), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 28) is **GRANTED**.

2. The Clerk of Court is directed to ENTER judgment in favor of the Defendants, and against Plaintiff.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith.   *See* 28 U.S.C. § 1915(a)(3).

_s/ Robert D. Mariani_____
Robert D. Mariani
United States District Judge